(75 South. 1005)

CRABTREE v. STATE. (6 Div. 346.) (Court of Appeals of Alabama. May 8, 1917.) Appeal from Tuscaloosa County Court; Henry B. Foster, Judge. Virgil Crabtree was convicted of an offense, and he appeals. Affirmed.

Verner & Rice, of Tuscaloosa, for appellant. W. L. Martin, Atty. Gen., for the State.

BROWN, P. J. The court has examined the record, and finds that the proceedings of the trial court are regular, and the judgment is affirmed. Affirmed.